THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPI
WESTERN DIVISION

ASHLEY MCDOWELL                                                       PLAINTIFF

V.                                          CIVIL ACTION NO.  5:19-cv-4-DCB-MTP

AMITE COUNTY, MISSISSIPPI,
ROGER ARNOLD, IN HIS OFICIAL AND
PERSONAL CAPACITIES; TIM WROTEN,
IN HIS OFFICIAL AND PERSONAL CAPACITIES;
AND JOHN DOES 1-10                                                    DEFENDANTS

## AGREED ORDER OF DISMISSAL

This day this cause came on to be heard on a joint *ore tenus* motion of the parties

that this matter be dismissed with prejudice, and the Court, having considered the

same, and it being made known to the Court that the parties are in agreement thereto,

finds that said motion is well taken.

IT IS THEREFORE ORDERED that this cause is hereby dismissed with prejudice,

each party shall bear their own costs.

SO ORDERED and ADJUDGED this the 10th day of July, 2019.

s/David Bramlette
DISTRICT COURT JUDGE

AGREED AND APPROVED:

/s/ *Shunda L. Baldwin*
SHUNDA L. BALDWIN, ESQ. (MSB #101535)
Gibbs Travis, PLLC
210 East Capitol Street, Suite 1801
Jackson, MS 39201
Tel:  (601)  487-2630
Fax:  (601) 366-4295
sbaldwin@gibbstravis.com
        *Attorney for Plaintiff*

/s/*William R. Allen*

**WILLIAM R. ALLEN, ESQ**. **(MSB #100541)**

Allen, Allen, Breeland & Allen, PLLC

P. O. Box 751

Brookhaven, MS 39602-0751

Tel. 601-833-4361

Fax 601-833-6647

     *Attorney for Defendants*